IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLIN PATRICK KELLY,

    Plaintiff,

v.

ERIC SORBY,

    Defendants.

Civ. No. 6:19-cv-00703-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 12), and the matter is now before the Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 21) is adopted and Defendant's Motion for Summary Judgment (ECF No. 9) is GRANTED.

IT IS SO ORDERED.

    DATED this 13th day of February, 2020.

                                                          /s/ Michael J. McShane
                                                            Michael McShane
                                             United States District Judge

1 – ORDER